**Dismissed and Opinion Filed July 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-18-00324-CV

---

**WENDELL HARRIS, Appellant**
**V.**
**ROBYN NOBLE, Appellee**

---

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-27608**

---

# MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Evans

Appellant's brief in this case is overdue.[1] By postcard dated May 15, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

---

[1] Appellant filed a docketing statement on March 26, 2018 indicating he had not requested a reporter's record. Therefore, the deadline for filing appellant's brief was set for thirty days after the clerk's record was filed.

Accordingly, we dismiss this appeal.  Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).


/David Evans/
DAVID EVANS
JUSTICE

180324F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WENDELL HARRIS, Appellant

No. 05-18-00324-CV          V.

ROBYN NOBLE, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-27608.
Opinion delivered by Justice Evans. Justices Lang-Miers and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ROBYN NOBLE recover her costs of this appeal from appellant WENDELL HARRIS.

Judgment entered this 2nd day of July, 2018.